UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JEFFREY GAMBLE,

        Plaintiff,                                Case No.: 3:15-cv-435

vs.

COMMISSIONER                                  Magistrate Judge Michael J. Newman
OF SOCIAL SECURITY,                 (Consent Case)

        Defendant.

**ORDER AND ENTRY: (1) GRANTING THE JOINT, UNOPPOSED MOTION FOR REMAND (DOC. 12); (2) REVERSING THE ALJ'S NON-DISABILITY FINDING; (3) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER ADMINISTRATIVE PROCEEDINGS; (4) DIRECTING THE CLERK TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF; AND (5) TERMINATING THIS CASE ON THE COURT'S DOCKET**

        This Social Security disability benefits appeal is presently before the undersigned for disposition based upon the parties' consent. Doc. 9. The parties jointly move for an Order remanding this case for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g), and for the entry of judgment pursuant to Fed. R. Civ. P. 58. Doc. 12. The parties state that, upon remand, the Administrative Law Judge shall reevaluate the objective and opinion medical evidence on Plaintiff's mental health treatment from Step Two through all steps of the sequential analysis. *Id.*

        For good cause shown, and because the requirements of a Sentence Four remand have been satisfied, **IT IS ORDERED THAT:** (1) the parties' joint, unopposed motion for a Sentence Four remand (doc. 12) is **GRANTED**; (2) the ALJ's non-disability finding is **REVERSED**; (3) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g)

for further proceedings; and (4) this case is **TERMINATED** upon the Court's docket.  The Clerk is **ORDERED** to enter judgment in favor of Plaintiff.

    **IT IS SO ORDERED.**

Date:  June 2, 2016                        *s/ Michael J. Newman*
                                                  Michael J. Newman
                                                  United States Magistrate Judge